UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

RICARDO VELASQUEZ,                      :

                      :

                 Plaintiff,        :

                      :            22 Civ. 7557 (JPC)

        -v-                 :

                      :               ORDER

MEY NEW YORK, INC. *et al.*,        :

                      :

             Defendants.      :

                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on September 5, 2022.  Dkt. 1.  Defendants have not

appeared in this action, and the docket does not reflect whether Defendants have been served.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days

after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must

dismiss the action without prejudice against that defendant or order that service be made within a

specified time."  Fed. R. Civ. P. 4(m).

      Plaintiff is ordered to file a status letter by December 15, 2022, describing (1) whether

service of the summons and Complaint has been made on Defendants, and (2) if service has not

been effected on Defendants, whether Plaintiff requests an extension of time to serve Defendants.

If Plaintiff requests an extension of time to effect service, she shall include in her letter an

explanation of why there is good cause to excuse her failure to serve Defendants within the 90-day

deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the

failure, the court must extend the time for service for an appropriate period.").  If service of the

summons and Complaint has been made on Defendants, Plaintiff must file proof of service on the

docket no later than December 15, 2022.

SO ORDERED.

Dated: December 9, 2022
      New York, New York

JOHN P. CRONAN
United States District Judge

2