## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

     Plaintiff,

vs.

MEY NEW YORK, INC., a New York
corporation, d/b/a MEY NEW YORK,
and FAV 45, LLC, a New York limited
liability company,

     Defendants.

_____/

CASE NO. 1:22-cv-07557-JPC

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, MEY NEW YORK,

INC., a New York corporation, d/b/a MEY NEW YORK, and FAV 45, LLC, a New York limited

liability company, by and through their respective undersigned counsel, hereby notify this

Honorable Court that a settlement in principle has been reached in the above styled case among all

parties. The settlement agreement is in the process of being drafted, and the parties shall file a

Stipulation of Dismissal With Prejudice thereafter.

     Dated: This 18th day of April, 2023.

By: _/S/ B. Bradley Weitz_____
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorneys for Plaintiff*

By: _/S. Mayumi Iijima _____
    Mayumi Iijima, Esq.
    Law Offices of Mayumi Iijima
    205 Hudson Street, 7th Floor
    New York, NY 10013
    Telephone: (212) 598-4125
    Fax: (646) 839-2619
    Email: mciijima@iinylaw.com
    *Attorneys for Defendant,*
    *MEY NEW YORK, INC.*

By: _/S/ Doreen J. Fischman_____

Doreen Joy Fischman, Esq.
Fischman & Fischman
2166 Broadway, Ste. 6D
New York, NY 10024
Telephone: (212) 274-0555
Fax: (212) 274-0603
Email: doreen.fischman@verizon.net
*Attorneys for Defendant,*
*FAV 45, LLC*

.