UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

    Plaintiff,

vs.

CASE NO. 1:22-cv-07557-JPC

MEY NEW YORK, INC., a New York corporation, d/b/a MEY NEW YORK, and FAV 45, LLC, a New York limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, MEY NEW YORK, INC., a New York corporation, d/b/a MEY NEW YORK, and FAV 45, LLC, a New York limited liability company, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 16th day of August, 2023.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorneys for Plaintiff*

By: _*Mayuma Iijima*_____
Mayumi IIjima, Esq.
Law Offices of Mayumi Iijima
205 Hudson Street, 7th Floor
New York, NY 10013
Telephone: (212) 598-4125
Fax: (646) 839-2619
Email: mciijima@iinylaw.com
*Attorneys for Defendant,*
*MEY NEW YORK, INC.*

By: _____/s/ Doreen Fischman_____
Doreen J. Fischman, Esq.
Fischman & Fischman
2166 Broadway, Ste. 6D
New York, NY 10024
Telephone: (212) 274-0555
Fax: (212) 274-0603
Email: doreen.fischman@verizon.net
*Attorneys for Defendant,*
*FAV 45, LLC,*


**SO ORDERED:**

_____
John Peter Cronan, U.S.D.J

Dated: _____